

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

BOBBY GONZALES                 §
      ID # 01092926          §
                                §

v.                                §      CIVIL ACTION NO. 3:24-CV-0175-S-BW
                                §

DIRECTOR, TDCJ-CID        §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** the Application to Proceed *In Forma Pauperis* on appeal [ECF No. 36]. Specifically, the Court **CERTIFIES** that the appeal is not taken in good faith and that it presents no legal points of arguable merit and is therefore frivolous. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation [ECF No. 31]. The Court also denies the Application because Petitioner has not established that he is a pauper under 28 U.S.C. § 1915(a). A review of the certificate of inmate trust account included with the application shows that Petitioner has a current balance of $2,012.61 and deposits totaling $1,100.10 over the six months preceding his application, which amounts reflect sufficient

funds to pay the applicable filing fees on appeal. Further, to the extent Petitioner's filings inform the Court that he authorizes his unit of incarceration to withdraw the applicable filing fees on appeal and forward them to the Court, Petitioner is responsible for providing such authorization to his unit of incarceration and remitting payment of the applicable filing fees on appeal to the Court.

Although the Court has denied the Application to Proceed *In Forma Pauperis* on appeal, Petitioner may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Federal Rule of Appellate Procedure 24(a)(4). *See* FED. R. APP. P. 24(a)(5).

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court also **DENIES** Petitioner's Request for Certificate of Appealability [ECF No. 37].

**SO ORDERED.**

SIGNED June 15, 2026.

UNITED STATES DISTRICT JUDGE

2